IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDALL STEVENS,

        Plaintiff,                 No. CIV S-09-0247 FCD GGH PS

    vs.

CHERYL KARY, et al.,           ORDER

        Defendants.

_____/

        Plaintiff is proceeding in this action pro se and in forma pauperis. This proceeding was referred to this court by Local Rule 72-302(c)(21). Presently before the court is an amended complaint, filed March 23, 2009. Plaintiff has now corrected the errors of which he was informed by order of February 24, 2009.

        Good cause appearing, IT IS ORDERED that:

        1. The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is directed to serve within ninety days of the date of this order, all process pursuant to Fed. R. Civ. P. 4, including a copy of this court's status order, without prepayment of costs.

        2. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, a copy of the complaint, an appropriate form for consent to trial by a magistrate judge, and this court's status order.

        3. Plaintiff is directed to supply the U.S. Marshal, within 15 days from the date this order is filed, all information needed by the Marshal to effect service of process. The court

anticipates that, to effect service, the U.S. Marshal will require at least:

      a. One completed summons;

      b. One completed USM-285 form for each defendant;

      c. A copy of the endorsed filed complaint for each defendant, with an extra copy for the U.S. Marshal; and

      d. A copy of this court's status order for each defendant.

4. In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate service on any defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

5. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

DATED: May 11, 2009

/s/ Gregory G. Hollows

GGH:076/Stevens0247.srv.wpd

GREGORY G. HOLLOWS,
UNITED STATES MAGISTRATE JUDGE